1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  BANK OF THE PACIFIC,

11         Plaintiff,

12     vs.

13  F/V ELECTRA BLUE, Official Number
    567048 *in rem*; and FISHING BLUES,
14  LLC and ZED BLUE and ROBIN BLUE,
    husband and wife, *in personam*,
15
         Defendants,
16

IN ADMIRALTY

Case No. 2:20-cv-01103

ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST

**[CLERK'S ACTION REQUIRED]**

17    WHEREAS, on review of Plaintiff's Verified Complaint requesting issuance of a

18 Warrant for Arrest in rem, and the Court finding that the conditions set forth in Rule C of the

19 Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

20 Procedure for issuance of a warrant for arrest appear to exist against the F/V ELECTRA BLUE,

21 Official Number 567048 (collectively with all appurtenances, the "ELECTRA BLUE"), and all

22 its appurtenances, including 360 crab pots ("Crab Pots"), now, therefore, it is hereby:

23    ORDERED that the Clerk shall issue a Warrant for Arrest of the F/V ELECTRA

24 BLUE, Official Number 567048 and all its appurtenances, including the Crab Pots, as prayed for

25 in the Verified Complaint; and it is further

26

ORDER AUTHORIZING ISSUANCE OF WARRANT
OF ARREST - 1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

4838-9551-4044.1

ORDERED that a copy of the Verified Complaint, Order Authorizing Issuance of Warrants for Arrest of Vessel, Order Appointing Substitute Custodian and Allowing Vessel Movement, and Warrant for Arrest of the ELECTRA BLUE be served upon the Vessel and upon the Crab Pots; and it is further ORDERED that any person claiming an interest in the property seized pursuant to said Warrant of Arrest shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

DATED:  July 17, 2020

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

MILLER NASH GRAHAM & DUNN LLP

*s/Jess G. Webster*                    \
Jess G. Webster, WSBA No. 11402
Drew F. Duggan, WSBA No. 50796
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email: jess.webster@millernash.com
Email: drew.duggan@millernash.com

Attorneys for Bank of the Pacific

ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST - 2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121

4838-9551-4044.1